UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 ANA JASSO,
D-2 RONALD LEE JACKSON, and
D-3 LARRY SMITH SR.,

    Defendants

Case: 2:24-cr-20585
Assigned To : Murphy, Stephen J., III
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/15/2024
Description: IND SEALED MATTER (AB)

_____/

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO SEAL INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order sealing the Indictment and Arrest Warrants in this case and states:

1. The indictment in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

> *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the Indictment and Arrest Warrants be sealed because it is concerned that the Defendants may attempt to flee, destroy evidence, or intimidate witnesses if the Indictment and Arrest Warrants becomes a matter of public record before the Defendants are arrested.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment and Arrest Warrants.

    Respectfully submitted,

    **Dawn N. Ison**
    United States Attorney

    *s/Thomas Franzinger*
    Thomas Franzinger  DC1005000
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI  48226
    Thomas.Franzinger2@usdoj.gov
    (313) 226-9774

Dated: October 15, 2024

IT IS SO ORDERED.

    _____
    Kimberly G. Altman
    United States Magistrate Judge

Entered: 10/15/24