UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 Ana Jasso
D-2 Ronald Lee Jackson
D-3 Larry Smith Sr.,

    Defendants.
_____/

Criminal No. 24-cr-20585

Honorable Stephen J. Murphy, III

**ORDER GRANTING GOVERNMENT'S MOTION
TO UNSEAL INDICTMENT AND ARREST WARRANTS**

For the reasons stated in the government's motion, it is ordered that the Indictment and Arrest Warrants be unsealed.

**IT IS SO ORDERED.**

                                                s/ Anthony P. Patti
                                                Anthony P. Patti
                                                United States Magistrate Judge

Entered: September 25, 2025