UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

  v.

Ana Jasso, et. al.

       Defendant.

Case No: 24-CR-20585

---

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

| *Add the following AUSA(s):* | *Terminate the following AUSA(s):* |
|---|---|
| Name: Rajesh Prasad<br>Bar ID: P68519<br>Telephone: 313-226-0821<br>Fax: 313-226-3265<br>Email: Rajesh.Prasad@usdoj.gov | Name:<br>Telephone: |

Jerome F. Gorgon, Jr.
Acting United States Attorney

*s/Rajesh Prasad*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Rajesh.Prasad@usdoj.gov
(313) 226-0821
P68519

Dated: January 2, 2026